FILED: March 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4571

(8:06-cr-00131-RWT-11)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIAM BARNES

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to file paper copies of the appellant's brief and joint appendix out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk