**ORAL ARGUMENT HAS NOT YET BEEN SCHEDULED**

No. 13-4571

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

United States of America

v.

William Barnes

**MOTION FOR LEAVE TO FILE A CORRECTED REPLY BRIEF**

Mr. Barnes, by his undersigned counsel, respectfully moves for leave to file a Corrected Reply Brief to correct a typographical error and to include a Table of Contents and Table of Authorities. Counsel was under the mistaken believe that no Table of Contents and Table of Authorities was required because the reply brief was only four pages long and contained a single citation. Upon reviewing the rules, counsel realized that it was error not to include the tables. No substantive changes have been made to the original reply brief.

This corrected reply brief is being timely filed within 10 days after service of the Government's response. *See* Rule 26(c), FRAP.

                                                    Respectfully submitted,

                                                    /s/

                                                  **Carmen D. Hernandez**
7166 Mink Hollow Rd
Highland, MD  20777
(240) 472-3391
*Counsel for Appellant*

D.Ct. No: 8:06-cr-00131-RWT-11